# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KENNETH WILLIAMSON, ) ) Petitioner, ) ) v. ) ) DAVID PARKER, ) ) Respondent. ) | Case No. CIV-13-899-D |

## ORDER

Defendant, a state prisoner appearing pro se, has filed a request under 28 U.S.C. § 2253 for a certificate of appealability ("COA") to appeal the denial of his Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254 [Doc. No. 32]. Defendant is entitled to a COA only upon making a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2); *Milton v. Miller*, 812 F.3d 1252, 1263 (10th Cir. 2016). Defendant can make such a showing by demonstrating that the issues he seeks to raise are debatable among jurists of reason or adequate to deserve further proceedings. *Id.*; *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000). Having reviewed the motion and the underlying record, the Court finds Defendant has not made this requisite showing. Accordingly, his request for a Certificate of Appealability is **DENIED**.

**IT IS SO ORDERED** this **20th** day of December, 2016.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE